[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: June 5, 2018

*Caryl E. Delano*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Michael Gelardi
aka Michael John Gelardi
aka Michael J Gelardi
aka Mike Gelardi

Case No.
9:12-bk-07019-FMD
Chapter 13

_____Debtor*_____/

## ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration without a hearing on the Motion for Payment of Unclaimed Funds (Document No. 82) (the "Motion"). The Motion was filed on May 7, 2018, by Dilks & Knopik, LLC, as assignee to Liberty Bank FSB. Having verified that the sum of $ 741.71 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 741.71 to:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.
Original to Financial Administrator